HALBE v. ADAMS et al.   (No. 2.)

(Supreme Court, Appellate Division, First Department.   April 14, 1916.)

Appeal from Special Term, New York County.

Action by William A. Halbe against Samuel Adams and another. From an order denying a motion for judgment on the pleadings, defendants appeal. Affirmed.

Argued before CLARKE, P. J., and McLAUGHLIN, DOWLING, SMITH, and DAVIS, JJ.

Jno. J. Adams, of New York City, for appellants.
George H. Taylor, Jr., of New York City, for respondent.

McLAUGHLIN, J.   This appeal is from an order denying a motion for judgment on the pleadings. The action was brought to recover rent alleged to be due for the month of April, 1915, and the questions presented are the same as those considered in Halbe v. Adams (Action No. 1) 158 N. Y. Supp. 380, decided herewith.

For the reasons stated in the opinion in that case, the order here appealed from is affirmed, with $10 costs and disbursements.

CLARKE, P. J., and SMITH and DAVIS, JJ., concur. DOWLING, J., dissents.